UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH A.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br>　Acting Commissioner of Social Security<br><br>　　　　Defendant. | Case No. 3:20-CV-02210-BGS<br><br>ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. SECTION 405(g) AND ENTRY OF JUDGMENT |

　　　The parties have filed a Joint Motion to remand this matter to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF 17.) The Joint Motion indicates that upon remand, the agency will vacate the Administrative Law Judge's decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision. (*Id.*) The parties request the Court direct the Clerk of Court to enter final judgment in favor of Plaintiff and against Defendant reversing the final decision of the Commissioner. The Joint Motion is **GRANTED**.

　　　Accordingly, IT IS HEREBY ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to

sentence four of 42 U.S.C. section 405(g).  Upon remand, the agency will vacate the ALJ decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.  The Clerk shall enter Judgment in favor of Plaintiff and against Defendant reversing the final decision of the Commissioner.  The Clerk shall close the case.

Dated:  March 25, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge