# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JUDY APOLITO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>Defendant. | Case No. 3:20-cv-02210-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>[ECF 21] |

The parties' Joint Motion for the Award and Payment of Equal Access to Justice Act Fees and Expenses (ECF 21), is **GRANTED**, and **IT IS ORDERED** that fees and expenses in the amount of EIGHT THOUSAND TWO-HUNDRED DOLLARS and 18/100 ($8,200.18) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Joint Motion.[2]

**IT IS SO ORDERED.**

Dated: September 9, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021 and is therefore substituted for Andrew Saul as Defendant. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

[2] Plaintiff's previously filed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, (ECF 20), is **DENIED** as moot.